# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENT JONES, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-01895-JCM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NYE COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Motion for an Exception from the Personal Attendance Requirements (#22), filed on April 17, 2012. The Court also considered Plaintiff's Response (#23), filed on April 17, 2013.

The Court finds that there is good cause to excuse Defendant Brian Kunzi from personal attendance at the Early Neutral Evaluation scheduled for May 16, 2013. His counsel represents that the other individually-named Defendants will attend along with a representative of the Nevada Public Agency Insurance Pool. Plaintiff indicates that he prefers that Defendant Brian Kunzi be excused rather than the Early Neutral Evaluation be rescheduled.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion for an Exception from the Personal Attendance Requirements (#22) **is granted**. Defendant Brian Kunzi will not be required to personally attend the Early Neutral Evaluation.

Dated this 18th day of April, 2013

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**