**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENT JONES, | )<br>) |
|         Plaintiff, | )   Case No.  2:12-cv-01895-JCM-GWF<br>) |
| vs. | )   **ORDER**<br>) |
| COUNTY OF NYE, a political subdivision<br>of the State of Nevada, | )<br>)<br>) |
|         Defendant. | )<br>) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed November 5, 2012.  Defendants filed a Motion to Dismiss (#17) on March 28, 2013.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 28, 2013** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 15th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge