1
2
3
4
5                        **UNITED STATES DISTRICT COURT**
6                           **DISTRICT OF NEVADA**
7
8    BRENT JONES,                              )
                                               )
9                   Plaintiff,                 )    Case No.  2:12-cv-01895-JCM-GWF
                                               )
10   vs.                                       )    **ORDER**
                                               )
11   COUNTY OF NYE, a political subdivision    )
     of the State of Nevada,                   )
12                                             )
                    Defendant.                 )
13   _____  )

14          This matter is before the Court on the parties' failure to file a proposed Stipulated

15   Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed November 5,

16   2012.  Defendants filed a Motion to Dismiss (#17) on March 28, 2013.  Pursuant to LR 26-1, the

17   parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after

18   the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory

19   stipulated discovery plan and scheduling order.  To date, the parties have not complied.

20   Accordingly,

21          **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

22   Scheduling Order not later than **May 28, 2013** in compliance with the provisions of LR 26-1 of the

23   Rules of Practice of the United States District Court for the District of Nevada.

24          DATED this 15th day of May, 2013.

25
26                                            _____
                                              GEORGE FOLEY, JR.
27                                            United States Magistrate Judge
28