# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRENT JONES,

        Plaintiff(s),

v.

COUNTY OF NYE,

        Defendant(s).

2:12-CV-1895 JCM (GWF)

## ORDER

Presently before the court is defendants', County of Nye, Brian Kunzi, Danielle Shamrell, and Pamela Webster ("defendants"), motion to dismiss. (Doc. # 17). Plaintiff Brent Jones filed a response in opposition (doc. # 20), and defendants filed a reply (doc. # 25).

Also before the court is plaintiff's counter motion to amend/correct complaint. (Doc. # 21).[1] Defendants filed a response in opposition. (Doc. # 27).

Also before the court is defendants', County of Nye and Pamela Webster, special motion to dismiss. (Doc. # 26). Plaintiff filed a response in opposition. (Doc. # 29).

Magistrate Judge Hoffman conducted an early neutral evaluation ("ENE") conference in this case on May 16, 2013. The parties reached a settlement at the ENE conference. The courts finds the pending motions moot in light of the settlement. The motions are denied without prejudice.

---

[1] Plaintiff also filed an errata to his motion to amend/correct complaint. (Doc. # 28).

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, DECREED that defendants' motion to dismiss
3   (doc. # 17) be, and the same hereby, is DENIED as moot.

4   IT IS FURTHER ORDERED that plaintiff's counter motion to amend/correct complaint
5   (doc. # 21) be, and the same hereby, is DENIED as moot.

6   IT IS FURTHER ORDERED that defendants' special motion to dismiss (doc. # 26) be, and
7   the same hereby, is DENIED as moot.

8   DATED June 6, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -